**STATE of Missouri, Respondent,**

v.

**Jermaine A. LANE, Appellant.**

**WD 78552**

Missouri Court of Appeals,
Western District.

Order filed: January 10, 2017

Colette E. Neuner, for Respondent

Steven B. Willibey, for Appellant

Before Division One: Thomas H. Newton, Presiding Judge, Cynthia L. Martin, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Jermaine A. Lane appeals his conviction for the class B felony of voluntary manslaughter under Missouri Revised Statutes Section 565.023 following a jury trial in Jackson County, Missouri. Lane asserts that the trial court committed reversible error relating to the admission of evidence during the course of trial. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties.

The judgment of the trial court is affirmed. Missouri Supreme Court Rule 30.25(b).